IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Jean Takoudjou** <br> 1108 Port Echo Lane <br> Bowie, MD 20853 <br><br> **Plaintiff,** <br><br> v. <br><br> **WMATA** <br> 600 5th Street, N.W. <br> Washington, D.C. 20001, et al <br><br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : CASE NO.:  8:22-CV-1993 <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")**

To the Judges of the United States District Court for the District of Maryland:

1. On or about February 1, 2022, Plaintiff filed this action against WMATA, in the District Court of Maryland for Prince George's County, in the case titled <u>Jean Takoudjou v. WMATA, et al.</u> No. 050200022992022.

2. Defendant WMATA was formally served in this action on July 15, 2022.

3. The Complaint and summons are attached as Exhibit A.   These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to MD. CODE ANN., Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

5. WMATA is unaware of the service status of the other defendant in this case.

1

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the District Court of Maryland for Prince George's County be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY


 _/s/ Brendan H. Chandonnet___
Brendan H. Chandonnet #18087
Senior Counsel – WMATA
300 7th Street SW
Washington, DC 20024
(202) 962-2805
e-mail:   bchandonnet@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and mailed, postage prepaid, this 10th day of August, 2022 on:

Erik D. Frye
14452 Old Mill Road
Suite 301
Upper Marlboro, MD 20772
Attorney for Plaintiff

*/s/ Brendan H. Chandonnet*
Brendan H. Chandonnet
